# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 00 C 5769 | **DATE** | 9/6/2001 |
| **CASE TITLE** | Wagner vs. Medline | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation regarding defendant's fee petition is hereby submitted to Judge Andersen. This Court recommends that defendant's fee petition in the amount of $3,457.40 be granted, and that the complaint be dismissed, with prejudice, by reason of plaintiff's failure to prosecute her case and for her failure to comply with the orders of this court. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

*Edward A. Bobrick*

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 1 number of notices | Document Number |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | SEP 07 2001 date docketed | 14 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 01 SEP -6 PM 4: 50 | 9/6/2001 date mailed notice | |
| TH ✓ | courtroom deputy's initials | Date/time received in central Clerk's Office | TH6 mailing deputy initials | |

# ORDER

## REPORT AND RECOMMENDATION

### I. BACKGROUND

This matter is before the court on defendant's fee petition. It is recommended that defendant's fee petition be approved and that this case be dismissed by reason of plaintiff's failure to prosecute.

On August 13, 2001, this matter was set for status with notice given by the court to plaintiff. Plaintiff did not appear at the August 13, 2001 hearing. On that date, this court ordered that "Plaintiff file a response to the fee petition by August 23, 2001. Failure to respond to the fee petition will result in the approval of the full amount of $3,413.00. Plaintiff is directed to be present on September 4, 2001 at 10:00 a.m. in courtroom 1300; failure to do so will result in this court recommending that the case be dismissed for lack of prosecution." The court's order was mailed to plaintiff.

On September 4, 2001, the case was called for status; plaintiff again failed to appear as ordered. Defendant appeared at this status hearing and represented that no response was made to the fee petition, and the court file reflects this fact.

### II. DISCUSSION

The court possesses inherent authority to dismiss a case *sua sponte* for a plaintiff's failure to prosecute. *Dickerson v. Board of Educ. Ford Heights, Il.*, 32 F.3rd, 1114, 1116 (7th Cir. 1994). The court, may infer a lack of prosecution on various factors, including the failure to appear at scheduled hearings. *GCIU Employer Retirement Fund -v- Chicago Tribune*, 8 Fed.3rd 1195, 1199, (7th Cir. 1993). The plaintiff has not appeared at scheduled status hearings as she had been ordered. Additionally, plaintiff has not responded to defendant's fee petition.

### III. CONCLUSION

For the foregoing reasons, it is hereby recommended that defendant's fee petition in the amount of $3,457.40 be GRANTED, and that the complaint be dismissed, with prejudice, by reason of failure of plaintiff to prosecute her case and for her failure to comply with the orders of this court.

Respectfully submitted,

*[signature: Edward A. Bobrick]*

**EDWARD A. BOBRICK,**
**U.S. Magistrate Judge**

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. Thomas v. Arn, 474 U.S. 140 (1985); The Provident Bank v. Manor Steel Corp., 882 F.2d 258 (7th Cir. 1989).